FILED

06/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0156

# IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No. DA 20-0156

---

**TOWN OF FROMBERG,**

      **Plaintiff**

  vs.

**LLOYD MACKENZIE and SARAH MACKENZIE,**

      **Defendants, Third-Party Plaintiffs, and Appellants**

  vs.

**SHIRLEY MILLER, NATE CANTON, BILL GRUEL, TIM NOTTINGHAM, and JAMES PERKINS,**

      **Third-Party Defendants and Appellees**

---

# ORDER

---

Upon the Parties' Stipulated Motion to Dismiss with prejudice, and good cause appearing,

IT IS HEREBY ORDERED that Appellants' appeal in the above-captioned matter is hereby DISMISSED with prejudice.

Cc:     Jeffrey A. Weldon/Kyle A. Moen
        Steven L. Stockdale/Allison M. Dubs
        Brian L. Taylor/Peter M. Damrow

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 18 2020